**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-7683**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY JOHNSON, a/k/a AJ,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge. (CR-95-249, CA-98-116-1)

─────────

Submitted: January 21, 1999          Decided: February 9, 1999

─────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Anthony Johnson, Appellant Pro Se. David Bernard Smith, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Johnson, Nos. CR-95-249; CA-98-116-1 (M.D.N.C. Oct. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED